```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SKY MARLENE CAMACHO,                                        :
                                                            :
                                   Plaintiff,               :
                                                            :           22-CV-7107 (VSB)
                   -against-                                :
                                                            :               **ORDER**
673 J.R.V. CORP. D/B/A DIAMOND CLUB,                        :
JOHN LACOURTE, AND LUCILENE                                 :
MARTINS,                                                    :
                                                            :
                                   Defendants.              :
                                                            :
------------------------------------------------------------X
```

**VERNON S. BRODERICK**, United States District Judge:

On January 3, 2023, the parties submitted a joint letter indicating that they had agreed to stay the case pending the mandatory arbitration of Plaintiff's claims under the Entertainer License Agreement. (Doc. 12.) On January 27, 2023, the parties filed a stipulation and order staying this matter. (Doc. 13.) Accordingly, it is hereby:

ORDERED that the parties file a joint letter by June 12, 2023 to provide an update on the status of arbitration.

SO ORDERED.

Dated:   June 5, 2023
         New York, New York

                                                      _____
                                                      VERNON S. BRODERICK
                                                      United States District Judge