UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SKY MARLENE CAMACHO,

                            Plaintiff,

          -against-

673 J.R.V. CORP d/b/a DIAMOND CLUB, et al.,

                          Defendants.

-----------------------------------------------------------------X

22-CV-07107 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2024

**SARAH NETBURN, United States Magistrate Judge:**

    The Court GRANTS both parties' requests to attend the June 11, 2024 settlement conference by phone. See ECF Nos. 38, 39. The Court will hold the settlement conference entirely by phone and will provide dial-in information ahead of the conference.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     June 4, 2024
                New York, New York