```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SKY MARLENE CAMACHO,

                                Plaintiff,

      -against-

673 J.R.V. CORP d/b/a DIAMOND CLUB, et al.,

                             Defendants.

-------------------------------------------------------------------X

22-CV-07107 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties shall meet and confer on whether either party intends to file a motion for summary judgment. If any party intends to do so, they shall propose a reasonable briefing schedule by letter no later than October 7, 2024.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     October 2, 2024
               New York, New York