```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SKY MARLENE CAMACHO,

                      Plaintiff,

       -against-

673 J.R.V. CORP d/b/a DIAMOND CLUB, et al.,

                      Defendants.

------------------------------------------------------------X

22-CV-07107 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    The parties jointly request to file portions of the Plaintiff's deposition transcript under seal. ECF No. 58. Any relief previously granted with respect to public access of discovery materials is not controlling once the parties seek to rely on the material as part of dispositive motion practice. Accordingly, the parties need to file a letter motion to seal material on which they seek the Court's reliance for purposes of the motion for summary judgment. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The Court grants the parties interim relief to file the transcript under seal but will revisit that ruling upon the Court's decision on the motion for summary judgment.

**SO ORDERED.**

                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:    December 9, 2024
              New York, New York