

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2025
```

**MEMO ENDORSED**

M. Adil Yaqoob

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 880 3888
T: 212 880 3800
F: 212 880 8965
C: 404 313 9557

October 29, 2025

**VIA ECF**
The Honorable Judge Katherine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 17D
New York, NY 10007-1312

RE: <u>Camacho v. 673 J.R.V. Corp et., al.</u><br>Case No. l:22-cv-07107-SN

Dear Judge Parker:

    This firm represents 673 J.R.V. Corp. d/b/a Diamond Club, John LaCourte, and Lucilene Martins (collectively, the "Defendants") in the above-referenced case. <u>We respectfully submit this letter to request permission for Peter Forchetti, as settlement representative for Defendants, to appear for the settlement conference remotely, as he currently has a medical condition which makes it difficult for him to walk and it would be a great hardship for him to attend the settlement conference in person.</u>

    We thank the Court for consideration of this request.

    Respectfully submitted,

    /s/ M. Adil Yaqoob
    M. Adil Yaqoob

cc:
Counsels of Record (via ECF)

**APPLICATION GRANTED:** Defendant's representative may attend the November 6, 2025 Settlement Conference by video. Counsel shall be responsible for connecting the representative to the conference by video call, and shall be sure to request Wifi access/permission to bring electronic devices into the Courtroom in advance of the Conference in order to ensure that their clients can be seamlessly connected to the proceeding. <u>Counsel is directed to prepare the Device/Wifi request form attached to this endorsement and email it to Court.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
10/30/2025

akerman.com
76652675;1

**DO NOT FILE ON ECF; THIS FORM MUST BE EMAILED TO CHAMBERS AT LEAST 24 HOURS BEFORE THE SCHEDULED CONFERENCE: Parker_NYSDChambers@nysd.uscourts.gov**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

    ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

    The date(s) for which such authorization is provided is (are)_____.

| Attorney(s) | E-mail | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

    SO ORDERED:

Dated: _____

                                                                     _____
                                                                                United States Judge