```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SKY MARLENE CAMACHO,

                              Plaintiff,

           -against-

673 J.R.V. CORP d/b/a DIAMOND CLUB, et al.,

                             Defendants.

-----------------------------------------------------------------X

22-CV-07107 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on November 6, 2025, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on November 25, 2025. ECF No. 81. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:    December 2, 2025
               New York, New York